QUECK–BERNER, Appellant, v. WARD BAKING CO., Respondent. (Supreme Court, Appellate Division, Second Department. No-

vember 1, 1915.) Action by Charles A. J. Queck-Berner against the Ward Baking Company.

PER CURIAM. Judgment unanimously affirmed, with costs. Assuming what is not the fact, that the proof established the carelessness of the defendant, it would be an undue expansion of the doctrine of liability announced in Thomas v. Winchester, 6 N. Y. 397, 57 Am. Dec. 455, and cognate cases, to include this case within the application of that doctrine.